**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00126-CV**
_____

**SPRING FULTS, Appellant**

**V.**

**MARION LANE STANDLEY, Appellee**

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 21-04-04678-CV

**MEMORANDUM OPINION**

Marion Lane Standley, Cross-Appellant, filed an unopposed motion to dismiss his cross-appeal. *See* Tex. R. App. P. 42.1(a)(1). Cross-Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the cross-appeal. Standley will remain a party to the appeal as the Appellee.

1

CROSS-APPEAL DISMISSED.

PER CURIAM

Submitted on March 8, 2023
Opinion Delivered March 9, 2023

Before Golemon, C.J., Horton and Wright, JJ.